**IN THE UNITED STATES BANKRUPTCY COURT**
Southern District of Ohio

| | |
|---|---|
| **In the Matter of**: } | |
| } | Case No. 14-bk-51752 |
| Tawyonia Thompson } | |
| } | |
| } | Chapter 13 |
| } | |
| **Debtor(s)** } | |

## Notice of Change of Address

**My Former Mailing Address was**:

Name:       Tawyonia Thompson

Street:       4710 Heaton Rd.

City, State, Zip: Columbus, OH 43229

**Please be advised that effective February 2, 2016**
**my new mailing address is:**

Name:       Tawyonia Thompson

Street:       PO Box 29381

City, State ,Zip: Columbus, OH 43229

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was sent by electronic mail on February 2, 2016 to the following:

**Trustee:**
Frank M. Pees
130 East Wilson Bridge Road
Suite 200
Worthington, OH 43085
**US Trustee:**
Office of the US Trustee
170 N. High Street
Suite 200
Columbus, OH 43215

**Served by Regular US Mail:**

**Debtor:**
Tawyonia Thompson
PO Box 29381
Columbus, OH 43229

Respectfully Submitted,
/s/ Erin E. Schrader
Erin E. Schrader (0078078)
Rauser & Associates
5 East Long St., Suite 300
Columbus, OH 43215
(614) 228-4480